# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

| | | |
|---|---|---|
| CEDRIC MANIOR, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | CV417-185 |
| C/O R. LATIMORE, | ) ) | |
| Defendant. | ) | |

FILED
Scott L. Poff, Clerk
United States District Court
By James Burrell at 1:32 pm, Jan 17, 2018

## ORDER

On December 11, 2017, the Court recommended that *pro se* prisoner Cedric Manior's civil rights complaint be dismissed for failure to timely return the Prison Trust Account Statement required by this Court, pursuant to 28 U.S.C. § 1915(a)(2). Doc. 8. Plaintiff has since returned the form. Doc. 9. The Court therefore **VACATES** its Report and Recommendation to dismiss the complaint without prejudice, and will screen Manior's complaint in a separate order.

**SO ORDERED,** this __17th__ day of January, 2018.

UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA