# United States District Court
## Southern District of Georgia

CEDRIC JERMAINE MANIOR

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: CV417-185

CORRECT HEALTH and CHATHAM COUNTY DETENTION CENTER

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with the order dated 4/26/18, adopting the Report and Recommendation of the Magistrate Judge as the opinion of this court, the Plaintiff's complaint is dismissed without prejudice. This action stands closed.



April 27, 2018
*Date*

Scott L. Poff
*Clerk*

(By) Deputy Clerk